OSCN Found Document:BU v. STATE

 

 
 BU v. STATE
2025 OK CR 16
Case Number: F-2023-615
Decided: 10/07/2025
THE COURT OF CRIMINAL APPEALS OF THE STATE OF OKLAHOMA
Cite as: 2025 OK CR 16, __ P.3d __

 

CIA DONG BU, Appellant, 
v.
THE STATE OF OKLAHOMA, Appellee.

ORDER TO PUBLISH

¶1 On September 16, 2025, Appellee, the State of Oklahoma, by and through Attorney General Gentner F. Drummond, filed a Motion To Publish Opinion in the above-styled case. The Attorney General asserts that publication of this Court's Summary Opinion herein, Bu v. State, Case No. F-2023-615 (August 21, 2025) (Not for Publication), is warranted because it addressed an issue of first impression.

¶2 Appellee's Motion to Publish is GRANTED. The Clerk of this Court is hereby directed to designate the Summary Opinion issued on August 21, 2025, as "For Publication." The unpublished opinion is withdrawn and substituted with 2025 OK CR 17, Bu v. State.

¶3 IT IS SO ORDERED.

¶4 WITNESS OUR HANDS AND THE SEAL OF THIS COURT this 7th day of October, 2025.

/s/________________________________________________

GARY L. LUMPKIN, Presiding Judge

/s/________________________________________________

WILLIAM J. MUSSEMAN, Vice Presiding Judge

/s/_______________________________________________

DAVID B. LEWIS, Judge

/s/_______________________________________________

ROBERT L. HUDSON, Judge

/s/______________________________________________

SCOTT ROWLAND, Judge

ATTEST:

/s/______________________

Clerk